# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHAHEEM FRIEND | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, c/o City Law Department, PHILADELPHIA DISTRICT ATTORNEY'S OFFICE, c/o City Law Department, A.D.A. CARLOS VEGA, c/o City Law Department and JOHN DOES 1-3, c/o City Law Department | : | NO. 17-4560 |

## ORDER

**NOW**, this 31st day of January, 2018, upon consideration of the Motion to Dismiss (Document No. 4) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED** as to the defendants Philadelphia District Attorney's Office, A.D.A. Carlos Vega, and John Does 1-3.

/s/TIMOTHY J. SAVAGE